**MISCELLANEOUS CAUSE FOR CONTEMPT HEARING**

BEFORE JUDGE BIANCO

DATE:          3/14/2012          TIME: 11:30 a.m.          TIME IN COURT:   1 hour

CASE NUMBER:          **MC-11-747**

TITLE:          **USA v. John Doe**

PLTFFS ATTY:          **AUSA Richard Lunger**

DEFTS ATTY:          **Bryan C. Skarlatos**


COURT REPORTER:   Owen Wicker          COURTROOM DEPUTY: Mary Ryan

OTHER: _____

 X     CASE CALLED.

 X     CONFERENCE HELD.

___     ARGUMENT HEARD / CONT'D TO_____.

___     DECISION:

**OTHER:     Joe Doe present is courtroom.  Courtroom remains open during hearing.  Court finds Mr. Doe in civil contempt on 2ⁿᵈ subpeona.     Sanction of $1000.00 a day until compliance with subpeona.  Sanction is stayed until 10 days after the 2ⁿᵈ Circuit U.S. Court of Appeals decision.  Deft. attorney Mr. Weinberg joins conference via telephone for ruling as to 1ˢᵗ subpeona:  Court quashes subpeona for reasons as stated on record.     Mr. Doe's records to remain in Mr. Doe's attorney's custody for 30 days subject to renewal to allow Government decision on how to proceed.     Mr. Skarlatos to review government briefings and submit proposed redactions within 10 days so that the Court may unseal those filings.**